AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Majzoub, Mona K. | MI; Eastern District | 11/30/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge; full-time | ☐ Nomination    Date <br> ☐ Initial    ☑ Annual    ☐ Final <br> 5b. ☐ Amended Report | 01/01/2011 <br> to <br> 12/31/2011 |

**7. Chambers or Office Address**

231 W. Lafayette Blvd, Rm 704
Detroit, MI 48226

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Line 20 - Trust #1 (Brokerage 5) - Positions listed in Part VII, starting on Line 21 |
| 2. | Trustee | Line 54 - Trust #1 (Brokerage 1) - Postions listed in Part VII, starting on Line 55 |
| 3. | Trustee | Line 215 - Trust #6 Checking (Brokerage 5) - No reportable assets - See Part VIII |
| 4. | Trustee | Line 216 - Trust #6 - Savings (Brokerage 5) - No reportable assets - See Part VIII |
| 5. | Trustee | Line 217 - Trust #6 - CD (Brokerage 5) - No reportable assets - See Part VIII |
| 6. | Trustee | Line 218 - Trust #2 (Brokerage 5) - Positions listed in Part VII, starting on Line 219 |
| 7. | Trustee | Line 268 - Trust #3 Co-Ttee (Brokerage 5) - Positions listed in Part VII, starting on Line 269 |
| 8. | Trustee | Line 290 - Trust #4 (Brokerage 5) - No reportable assets - See Part VIII |
| 9. | Trustee | Line 291 - Trust #4 (Brokerage 5) - No reportable assets - See Part VIII |
| 10. | Trustee | Line 292 - Trust #3 Checking (Brokerage 5) - No reportable assets - See Part VIII |
| 11. | Trustee | Line 293 - Trust #3 - Savings #1 (Brokerage 5) - Positions listed in Part VII, starting on Line 294 |
| 12. | Trustee | Line 343 - Trust #5 - Savings #2 (Brokerage 4) - No reportable Assets - See Part VIII |

| Name of Person Reporting | Date of Report |
|---|---|
| Majzoub, Mona K. | 11/30/2012 |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Majzoub, Mona K. | 11/30/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2011 | ⬜ - Law Firm |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Majzoub, Mona K. | 11/30/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Majzoub, Mona K. | 11/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA #1 (Brokerage 5), formerly IRA #1 (Brokerage 4) | C | Int./Div. | P1 | T | | | | | |
| 2. -Blackrock Liquidity Fds Treasury Trust Fd Portfolio Fd | | | | | Buy | 09/09/11 | O | | |
| 3. -Federated Govt Obligation MM Fd | | | | | Buy | 07/29/11 | J | | |
| 4. -Federated Govt Obligation MM Fd | | | | | Buy (add'l) | 08/31/11 | J | | |
| 5. -Federated Govt Obligation MM Fd | | | | | Sold (part) | 09/30/11 | J | | |
| 6. -Federated Govt Obligation MM Fd | | | | | Buy (add'l) | 10/31/11 | J | | |
| 7. -Federated Govt Obligation MM Fd | | | | | Buy (add'l) | 11/30/11 | J | | |
| 8. -Federated Govt Obligation MM Fd | | | | | Buy (add'l) | 12/30/11 | J | | |
| 9. -John Deere Capital Corp Ser Mtn Notes | | | | | Buy | 08/25/11 | K | | |
| 10. -Walt Disney Company/The Sr Unsec | | | | | Buy | 08/19/11 | K | | |
| 11. -IBM Corp SR Unsec | | | | | Buy | 08/12/11 | L | | |
| 12. -Procter & Gamble Co/The Sr Unsec | | | | | Buy | 08/12/11 | K | | |
| 13. -T Rowe Price Short Term Bd Fd | | | | | Buy | 08/12/11 | M | | |
| 14. -PNC Money Market Fd, Fd | | | | | Buy | 07/21/11 | O | | |
| 15. -PNC Money Market Fd, Fd | | | | | Sold (part) | 08/12/11 | L | | |
| 16. -PNC Money Market Fd, Fd | | | | | Sold (part) | 08/19/11 | K | | |
| 17. -PNC Money Market Fd, Fd | | | | | Sold (part) | 08/25/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Majzoub, Mona K. | 11/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -PNC Money Market Fd, Fd | | | | | Sold | 09/08/11 | O | | |
| 19. -JPM Limited Term Bd Fd | | | | | Sold | 08/12/11 | M | | |
| 20. Trust #1 (Brokerage 5), formerly Trust #1 (Brokerage 4) | E | Int./Div. | P1 | T | | | | | |
| 21. -Blackrock Liquidity Fds Treasury Trust Fd Portfolio Fd | | | | | Buy | 09/09/11 | P1 | | |
| 22. -PNC Advantage Inst MM | | | | | Buy | 07/31/11 | J | | |
| 23. -PNC Advantage Inst MM | | | | | Sold (part) | 08/31/11 | J | | |
| 24. -PNC Advantage Inst MM | | | | | Sold (part) | 09/30/11 | J | | |
| 25. -PNC Advantage Inst MM | | | | | Sold (part) | 10/31/11 | J | | |
| 26. -PNC Advantage Inst MM | | | | | Buy (add'l) | 11/30/11 | J | | |
| 27. -PNC Advantage Inst MM | | | | | Buy (add'l) | 12/30/11 | J | | |
| 28. -John Deere Capital Corp Ser Mtn Notes | | | | | Buy | 08/25/11 | K | | |
| 29. -Walt Disney Company/The Sr Unsec | | | | | Buy | 08/19/11 | K | | |
| 30. -IBM Corp Sr Unsec | | | | | Buy | 08/12/11 | L | | |
| 31. -Procter & Gamble Co/The Sr Unsec | | | | | Buy | 08/12/11 | K | | |
| 32. -Ann Arbor Mich Bldg Auth Ref Ser A 5.00% 03/01/2013 | | | | | | | | | |
| 33. -Galesburg-Augusta Mich Cmnty Schs Ref 4.00% 05/01/2012 | | | | | | | | | |
| 34. -Grand Rapids Mich Cap Impt 5.00% 09/01/2017 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Majzoub, Mona K. | 11/30/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Hazel Park Mich Sch Dist 5.00% 05/01/2012 | | | | | | | | | |
| 36. -Ingham Cnty Mich Bldg Auth Ref 4.50% 07/01/2014 | | | | | | | | | |
| 37. -Kentucky Cnty Mich Bldg Auth 5.00% 06/01/2015 | | | | | | | | | |
| 38. -Lakeview Mich Pub Sch Dist Macomb Cnty Ref 5.00% 05/01/2016 | | | | | | | | | |
| 39. -Livingston Cnty Mich San Sewer Impt 4.00% 05/01/2014 | | | | | | | | | |
| 40. -Novi Mich Cmnty Sch dist Ref 5.00% 05/01/2015 | | | | | | | | | |
| 41. -Stockbridge Mich Cmnty Schs Ref 4.50% 05/01/2014 | | | | | | | | | |
| 42. -Taylor Mich Ref 5.00% 09/01/2016 | | | | | | | | | |
| 43. -Troy Mich City Sch Dist Ref Bldg & Site 5.00% 05/01/2012 | | | | | | | | | |
| 44. -Whitehall Mich Dist Schs Ref 5.00% 05/01/2015 | | | | | | | | | |
| 45. -Ypsilanti Mich Ref-Cap Impt-Ser A 4.00% 11/01/2013 | | | | | | | | | |
| 46. -Lake Orion Mich Cmnty Sch Dist Ref 5.00% 05/01/2011 | | | | | Redeemed | 05/02/11 | K | | |
| 47. -Reeths-Puffer Mich Schs Ref 5.00% 05/01/2011 | | | | | Redeemed | 05/02/11 | K | | |
| 48. -PNC MM Fd, Fd      Cl A | | | | | Buy | 07/21/11 | P1 | | |
| 49. -PNC MM Fd, Fd      Cl A | | | | | Sold (part) | 08/12/11 | L | | |
| 50. -PNC MM Fd, Fd      Cl A | | | | | Sold (part) | 08/19/11 | L | | |
| 51. -PNC MM Fd, Fd      Cl A | | | | | Sold (part) | 08/25/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Majzoub, Mona K. | 11/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -PNC MM Fd, Fd ___ Cl A | | | | | Buy (add'l) | 09/06/11 | M | | |
| 53. -PNC MM Fd, Fd ___ Cl A | | | | | Sold | 09/08/11 | P1 | | |
| 54. Trust #1 (Brokerage 1) | E | Int./Div. | O | T | | | | | |
| 55. -Bank Deposit Sweep | | | | | | | | | |
| 56. -Abbott Laboratories | | | | | | | | | |
| 57. -Apple Inc | | | | | | | | | |
| 58. -AT&T Inc | | | | | | | | | |
| 59. -Bank New York Mellon | | | | | Sold | 09/30/11 | J | | |
| 60. -Bank of America Corp | | | | | Sold | 01/20/11 | J | A | |
| 61. -Barclays PLC ADR BCS | | | | | Sold | 09/30/11 | J | | |
| 62. -Blackrock Inc | | | | | Buy | 09/30/11 | J | | |
| 63. -BP PLC Spons ADR | | | | | Sold (part) | 12/30/11 | J | | |
| 64. -Comerica Inc | | | | | | | | | |
| 65. -Costco Whsl Corp New | | | | | | | | | |
| 66. -CVS Caremark Corp | | | | | Sold | 01/24/11 | J | B | |
| 67. -Dover Corp Common | | | | | | | | | |
| 68. -Enrgy Select Sector Spdr ETF | | | | | Buy (add'l) | 01/25/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,000 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Majzoub, Mona K. | 11/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Exxon Mobil Corp | | | | | | | | | |
| 70. -Franklin Resources | | | | | | | | | |
| 71. -General Electric Company | | | | | Buy (add'l) | 06/03/11 | J | | |
| 72. -General Electric Company | | | | | Buy (add'l) | 06/03/11 | J | | |
| 73. -Genuine Parts Co Com | | | | | Buy (add'l) | 06/03/11 | J | | |
| 74. -Honeywell International Inc | | | | | | | | | |
| 75. -Industrial Select Sector Spdr | | | | | Sold | 01/25/11 | J | C | |
| 76. -Intel Corp | | | | | Buy (add'l) | 06/03/11 | J | | |
| 77. -IShares Barclays 1-3 Yr Treasury Bd Fd | | | | | Sold | 01/24/11 | J | A | |
| 78. -Ishares Dow Jones Select Dividend Index Fd | | | | | Buy | 01/25/11 | K | | |
| 79. -Ishares MSCI EAFE Index | | | | | Buy | 12/30/11 | K | | |
| 80. -Ishares MSCI EAFE Growth | | | | | Buy (add'l) | 01/24/11 | K | | |
| 81. -Ishares MSCI EAFE Growth | | | | | Sold (part) | 12/30/11 | J | | |
| 82. -Ishares MSCI EAFE Growth | | | | | Sold (part) | 12/30/11 | J | | |
| 83. -Ishares MSCI EAFE Value | | | | | Buy (add'l) | 01/24/11 | J | | |
| 84. -Ishares MSCI EAFE Value | | | | | Sold (part) | 12/30/11 | J | | |
| 85. -Ishares Russl Midcp Value | | | | | Buy (add'l) | 01/24/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Majzoub, Mona K. | 11/30/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Ishares S&P Glbl Telecom Sector Index Fund | | | | | Buy (add'l) | 01/25/11 | J | | |
| 87. -Ishares Tr Russel MC Gro Indx Fd | | | | | | | | | |
| 88. -Johnson & Johnson | | | | | | | | | |
| 89. -JPMorgan Chase & Co | | | | | Buy | 09/30/11 | J | | |
| 90. -Kraft Foods Inc Cl A | | | | | Sold | 01/24/11 | J | A | |
| 91. -Market Vector Gold Miners | | | | | Sold (part) | 08/11/11 | J | B | |
| 92. -McDonalds Corp | | | | | | | | | |
| 93. -Microsoft Corp | | | | | Buy (add'l) | 06/03/11 | J | | |
| 94. -Nextera Energy Inc | | | | | | | | | |
| 95. -Norfolk Southern Corp | | | | | | | | | |
| 96. -Paychex Inc | | | | | Buy (add'l) | 06/03/11 | J | | |
| 97. -Pepsico Incorporated | | | | | Buy (add'l) | 06/03/11 | J | | |
| 98. -Proctor & Gamble Co | | | | | | | | | |
| 99. -RPM International Inc | | | | | | | | | |
| 100. -Sanofi-Aventis ADR | | | | | Sold | 01/24/11 | J | | |
| 101. -SAP AG-Spons ADR | | | | | Sold | 01/24/11 | J | B | |
| 102. -Select Sector Spdr Tr Utilities | | | | | Buy (add'l) | 01/25/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Majzoub, Mona K. | 11/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  -Sel Sctr Spdr Tr Consumr Stpls | | | | | Sold | 01/25/11 | J | B | |
| 104.  -Select Sector Spdr Fd Materials | | | | | | | | | |
| 105.  -Sel Sectr Spdr Fd Health Care | | | | | Sold | 01/25/11 | J | B | |
| 106.  -Spdr Gold Trust ETF | | | | | Sold (part) | 08/11/11 | J | B | |
| 107.  -Spdr S&P MC 400 ET Tr Ser N | | | | | | | | | |
| 108.  -Stryker Corp | | | | | | | | | |
| 109.  -Sysco Corporation | | | | | | | | | |
| 110.  -Teva Pharmaceutical ADR INDS LTD | | | | | Buy (add'l) | 06/03/11 | J | | |
| 111.  -US Bancorp New | | | | | Buy | 01/20/11 | J | | |
| 112.  -Vanguard MSCI EAFE ETF, formerly Vanguard Europe Pac ETF | | | | | | | | | |
| 113.  -Vanguard MSCI Emerging Mkts ETF, formerly VG Emrg Mkts ETF | | | | | | | | | |
| 114.  -Vanguard Short Term Bond | | | | | Sold | 01/24/11 | K | A | |
| 115.  -Vanguard Total Bond | | | | | Sold | 01/24/11 | J | A | |
| 116.  -Verizon Communications Com | | | | | Buy (add'l) | 06/03/11 | J | | |
| 117.  -Wal-Mart Stores Inc | | | | | Buy (add'l) | 06/03/11 | J | | |
| 118.  -Three Rivers 5% 5/1/2013 | | | | | | | | | |
| 119.  -Federated Mun Secs Income Tr Mich Inter Mun Tr Cl-A | | | | | Buy (add'l) | 06/03/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Majzoub, Mona K. | 11/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -Franklin Tax Free Tr Mich Insd Tax Free Income Fund Cl A | | | | | | | | | |
| 121. -Goldman Sachs Tr Finl Squarre MMKT Fd Cl I | | | | | Sold | 01/20/11 | K | | |
| 122. -Vanguard Municipal Bd Fd Short Term Portfolio | | | | | | | | | |
| 123. -Vanguard Muni Bd Fd Limited Term Tax-Exempt Portfolio | | | | | Buy (add'l) | 06/03/11 | J | | |
| 124. -Vanguard Long Term Tax-Exempt Fnd Investor Class | | | | | | | | | |
| 125. -Vanguard Municipal Bd Fd Intermediate Term Portfolio | | | | | | | | | |
| 126. IRA #1 (Brokerage 1) | B | Dividend | L | T | | | | | |
| 127. -Bank Deposit Sweep, formerly Cash Accum Tr Liqd Assets (Y) | | | | | | | | | |
| 128. -JP Morgan Prime MM Sweep-Capital (Y) | | | | | | | | | |
| 129. -Claymore Guggenheim ETF Bulletshares 2012 Corporate Bnd | | | | | Buy | 01/26/11 | J | | |
| 130. -Energy Select Sector SPDR ETF | | | | | | | | | |
| 131. -Financial Select Sector SPDR | | | | | Buy (add'l) | 01/25/11 | J | | |
| 132. -Industrial Sector Spdr | | | | | Buy (add'l) | 01/25/11 | J | | |
| 133. -IShares Barclays TIPS Bd Fd | | | | | | | | | |
| 134. -IShares Barclays 1-3 yr Treasury Bd Fd | | | | | Sold | 01/24/11 | J | A | |
| 135. -IShares Barclays Credit Bd Fd | | | | | | | | | |
| 136. -IShares Barclays EFT Intermediate Credit Bd Fd | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Majzoub, Mona K. | 11/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -IShares Barclays EFT 1-3 Year Credit Bd Fd | | | | | | | | | |
| 138. -IShares Dow Jones Select Dividend Index Fd | | | | | | | | | |
| 139. -IShares MSCI EAFE Growth Mix | | | | | Buy (add'l) | 01/24/11 | J | | |
| 140. -IShares MSCI EAFE Value Mix | | | | | Buy (add'l) | 01/24/11 | J | | |
| 141. -IShares Russell Midcap Value | | | | | Buy (add'l) | 01/24/11 | J | | |
| 142. -IShares S&P Glbl Telecom Sector Index Fd | | | | | | | | | |
| 143. -IShares Tr Russell Midcap Growth Index | | | | | | | | | |
| 144. -Market Vector Gold Miners | | | | | Sold (part) | 08/11/11 | J | A | |
| 145. -PIMCO Trust ETF 1-5 Yr US TIPS Index Fd | | | | | Buy (add'l) | 01/26/11 | J | | |
| 146. -Sector Spdr Tr Technology Select Sector | | | | | Buy (add'l) | 01/25/11 | J | | |
| 147. -Select Sector Spdr Tr Utilities Select Sector | | | | | Sold (part) | 01/25/11 | J | | |
| 148. -Select Sector Spdr Tr Consumer Staples | | | | | | | | | |
| 149. -Select Sector Spdr Fd Materials | | | | | Sold (part) | 01/25/11 | J | A | |
| 150. -Select Sector Spdr Fd Health Care | | | | | Buy (add'l) | 01/25/11 | J | | |
| 151. -Select Sector Spdr Fd Consumer Discretionary | | | | | | | | | |
| 152. -SPDR Barclays Capital Intermediate Term Treasury ETF | | | | | | | | | |
| 153. -Spdr Gold Trust ETF | | | | | Sold (part) | 08/11/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Majzoub, Mona K. | 11/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -Spdr S&P Midcap 400 ETF Trust Series N | | | | | | | | | |
| 155. -Vanguard ETF Telecommunications Services | | | | | Buy | 01/25/11 | J | | |
| 156. -Vanguard MSCI EAFE ETF, formerly Vanguard Europe Pac ETF | | | | | | | | | |
| 157. -Vanguard MSCI Emerging Markets ETF | | | | | | | | | |
| 158. -Vanguard Short Term Bond | | | | | Sold (part) | 01/24/11 | J | A | |
| 159. -Vanguard Total Bond Market | | | | | Sold (part) | 01/24/11 | J | A | |
| 160. -Goldman Sachs Tr Finl Sq Mmkt Fd Cl 1 | | | | | Sold | 01/20/11 | J | | |
| 161. -Goldman Sachs Tr Finl Sq Mmkt Fd Cl 1 | | | | | Sold | 06/21/11 | J | | |
| 162. Retirement Savings Plan #2 | D | Int./Div. | N | T | | | | | |
| 163. -Dodge & Cox Balanced | | | | | | | | | |
| 164. -Fid Freedom Income | | | | | | | | | |
| 165. American Funds 529 Plan One | B | Dividend | L | T | | | | | |
| 166. -AMCAP Fund 529A | | | | | Sold (part) | 10/25/11 | J | | |
| 167. -Europacific Growth Fund 529A | | | | | | | | | |
| 168. -New World Fund 529A | | | | | | | | | |
| 169. -SMALLCAP World Fund 529A | | | | | Sold (part) | 08/15/11 | J | | |
| 170. -SMALLCAP World Fund 529A | | | | | Sold (part) | 10/25/11 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Majzoub, Mona K. | 11/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. -American Mutual Fund 529A | | | | | Sold (part) | 10/25/11 | J | | |
| 172. -Inc Fund of America 529A | | | | | Sold (part) | 08/15/11 | J | | |
| 173. -Inc Fund of America 529A | | | | | Sold (part) | 09/15/11 | J | | |
| 174. -American Balanced Fund 529A | | | | | | | | | |
| 175. -American High-Inc Tr 529A | | | | | | | | | |
| 176. -Bond Fund of America 529A | | | | | | | | | |
| 177. -Capital World Bond Fund 529A | | | | | | | | | |
| 178. -American Fds Money Mkt Fd 529A | | | | | | | | | |
| 179. American Funds 529 Plan Two | C | Dividend | M | T | | | | | |
| 180. -AMCAP Fund 529A | | | | | | | | | |
| 181. -Europacific Growth Fund 529A | | | | | | | | | |
| 182. -New World Fund 529A | | | | | | | | | |
| 183. -SMALLCAP World Fund 529A | | | | | | | | | |
| 184. -American Mutual Fund 529A | | | | | | | | | |
| 185. -Inc Fund of America 529A | | | | | | | | | |
| 186. -American Balanced Fund 529A | | | | | | | | | |
| 187. -American High-Inc Tr 529A | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Majzoub, Mona K. | 11/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. -Bond Fund of America 529A | | | | | | | | | |
| 189. -Cap World Bond Fund 529A | | | | | | | | | |
| 190. -American Fds Money Mkt Fd 529A | | | | | | | | | |
| 191. American Funds 529 Plan Three | C | Dividend | M | T | | | | | |
| 192. -AMCAP Fund 529A | | | | | | | | | |
| 193. -Europacific Growth Fund 529A | | | | | | | | | |
| 194. -New World Fund 529A | | | | | | | | | |
| 195. -SMALLCAP World Fund 529A | | | | | | | | | |
| 196. -American Mutual Fund 529A | | | | | | | | | |
| 197. -Inc Fund of America 529A | | | | | | | | | |
| 198. -American Balanced Fund 529A | | | | | | | | | |
| 199. -American High-Inc Tr 529A | | | | | | | | | |
| 200. -Bond Fund of America 529A | | | | | | | | | |
| 201. -Cap World Bond Fund 529A | | | | | | | | | |
| 202. -American Fds Money Mrkt Fd 529A | | | | | | | | | |
| 203. American Funds 529 Plan Four | A | Dividend | K | T | | | | | |
| 204. -AMCAP Fund 529A | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. -Europacific Growth Fund 529A | | | | | | | | | |
| 206. -New World Fund 529A | | | | | | | | | |
| 207. -SMALLCAP World Fund 529A | | | | | | | | | |
| 208. -American Mutual Fund 529A | | | | | | | | | |
| 209. -Inc Fund of America 529A | | | | | | | | | |
| 210. -American Balanced Fund 529A | | | | | | | | | |
| 211. -American High-Inc Tr 529A | | | | | | | | | |
| 212. -Bond Fund of America 529A | | | | | | | | | |
| 213. -Cap World Bond Fund 529A | | | | | | | | | |
| 214. -American Fds Money Mrkt Fd-529A | | | | | | | | | |
| 215. Trust #6 - Checking (Brokerage 5), frmly Tr 6 - Chck (Brk 4) | A | Interest | K | T | | | | | |
| 216. Trust #6 - Savings (Brokerage 4) (Frmr Tr #2 - Savng (Br 4)) | A | Interest | | | Merged (with line 218) | 09/02/11 | N | | |
| 217. Trust #6 - CD (Brokerage 4) (Frm Trst #2 - CD 032010 (Br 4)) | A | Interest | | | Merged (with line 241) | 05/15/11 | N | | |
| 218. Trust #2 (Brokerage 5), formerly Trust #2 (Brokerage 4) | D | Int./Div. | P1 | T | | | | | |
| 219. -Blackrock Liquidity Fds Tempfund Administration Shares #H1 | | | | | Buy | 06/30/11 | O | | |
| 220. -Blackrock Liquidity Fds Tempfund Administration Shares #H1 | | | | | Sold | 07/29/11 | O | | |
| 221. -Blackrock Liquidity Fds Treasury Trust Fd Portfolio Fd#62 | | | | | Buy | 09/09/11 | O | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Majzoub, Mona K. | 11/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. -Blackrock Liquidity Fds Treasury Trust Fd Portfolio Fd#62 | | | | | Buy (add'l) | 09/12/11 | M | | |
| 223. -PNC MM Fd Fd      Class A | | | | | Buy | 07/11/11 | O | | |
| 224. -PNC MM Fd Fd      Class A | | | | | Sold (part) | 08/12/11 | L | | |
| 225. -PNC MM Fd Fd      Class A | | | | | Sold (part) | 08/19/11 | J | | |
| 226. -PNC MM Fd Fd      Class A | | | | | Sold (part) | 08/19/11 | K | | |
| 227. -PNC MM Fd Fd      Class A | | | | | Sold (part) | 08/25/11 | K | | |
| 228. -PNC MM Fd Fd      Class A | | | | | Sold | 09/08/11 | O | | |
| 229. - PNC Advantage Institutional MM | | | | | Buy | 07/29/11 | J | | |
| 230. - PNC Advantage Institutional MM | | | | | Buy (add'l) | 08/31/11 | J | | |
| 231. - PNC Advantage Institutional MM | | | | | Sold | 09/30/11 | J | | |
| 232. - PNC Advantage Institutional MM | | | | | Buy | 10/31/11 | J | | |
| 233. - PNC Advantage Institutional MM | | | | | Buy (add'l) | 11/30/11 | K | | |
| 234. - PNC Advantage Institutional MM | | | | | Buy (add'l) | 12/30/11 | L | | |
| 235. -John Deere Capital Corp Ser Mtn Notes | | | | | Buy | 08/25/11 | K | | |
| 236. -Walt Disney company/The Sr Unsec | | | | | Buy | 08/19/11 | K | | |
| 237. -IBM Corp Sr Unsec | | | | | Buy | 08/12/11 | L | | |
| 238. -Proctor & Gamble Co/The Sr Unsec | | | | | Buy | 08/12/11 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 239. -Toyota Motor Credit Corp Ser Mtn Sr Unsec | | | | | Buy | 09/27/11 | K | | |
| 240. -Michigan Mun Bd Auth Rev Clean Water Rev 4.50% 10/01/2011 | | | | | Matured | 10/01/11 | L | | |
| 241. IRA #2 (Brokerage 5), formerly IRA #2 (Brokerage 4) | C | Int./Div. | P1 | T | | | | | |
| 242. -PNC MM Fd Fd ▨ Class A | | | | | Buy | 07/11/11 | P1 | | |
| 243. -PNC MM Fd Fd ▨ Class A | | | | | Sold (part) | 08/12/11 | L | | |
| 244. -PNC MM Fd Fd ▨ Class A | | | | | Sold (part) | 08/19/11 | K | | |
| 245. -PNC MM Fd Fd ▨ Class A | | | | | Sold (part) | 08/25/11 | K | | |
| 246. -PNC MM Fd Fd ▨ Class A | | | | | Sold | 09/08/11 | P1 | | |
| 247. -United States Treas Nts 5.00% 08/15/2011 | | | | | Matured | 08/15/11 | K | | |
| 248. -Fidelity MM Institutional Class Fd ▨ | | | | | Buy | 06/30/11 | P1 | | |
| 249. -Fidelity MM Institutional Class Fd ▨ | | | | | Sold | 07/29/11 | P1 | | |
| 250. -Blackrock Liquidity Fds Treasury Trust Fd Portfolio Fd ▨ | | | | | Buy | 09/09/11 | P1 | | |
| 251. -Blackrock Liquidity Fds Treasury Trust Fd Portfolio Fd ▨ | | | | | Sold (part) | 09/28/11 | L | | |
| 252. -Blackrock Liquidity Fds Treasury Trust Fd Portfolio Fd ▨ | | | | | Sold (part) | 10/12/11 | L | | |
| 253. -Blackrock Liquidity Fds Treasury Trust Fd Portfolio Fd ▨ | | | | | Sold (part) | 12/09/11 | M | | |
| 254. -Federated Govt Obligation MM Fd ▨ | | | | | Buy | 07/29/11 | J | | |
| 255. -Federated Govt Obligation MM Fd ▨ | | | | | Buy (add'l) | 08/31/11 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Majzoub, Mona K. | 11/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. -Federated Govt Obligation MM Fd | | | | | Sold (part) | 09/30/11 | K | | |
| 257. -Federated Govt Obligation MM Fd | | | | | Sold (part) | 10/31/11 | J | | |
| 258. -Federated Govt Obligation MM Fd | | | | | Buy (add'l) | 11/30/11 | J | | |
| 259. -Federated Govt Obligation MM Fd | | | | | Buy (add'l) | 12/30/11 | J | | |
| 260. -Caterpillar Financial SE Sr Notes | | | | | Buy | 10/12/11 | L | | |
| 261. -John Deere Capital Corp Ser Mtn Notes | | | | | Buy | 08/25/11 | K | | |
| 262. -Walt Disney Company/The Sr Unsec | | | | | Buy | 08/19/11 | K | | |
| 263. -Hewlett Packard Co Sr Unsec | | | | | Buy | 09/27/11 | K | | |
| 264. -IBM Corp Sr Unsec | | | | | Buy | 08/12/11 | L | | |
| 265. -Occidental Petroleum Cor Sr Unsec | | | | | Buy | 10/12/11 | K | | |
| 266. -Procter & Bamvle Co/The Sr Unsec | | | | | Buy | 08/12/11 | K | | |
| 267. -Toyota Motor Credit Corp Ser Mtn Sr Unsec | | | | | Buy | 09/27/11 | K | | |
| 268. Trust #3 Co-Ttee (Brokerage 5), formerly Tr #3 Co-Ttee Brk 4 | D | Int./Div. | P1 | T | | | | | |
| 269. -Blackrock Liquidity Fds Treasury Trust Fd Portfolio Fd | | | | | Buy | 09/09/11 | P1 | | |
| 270. -Blackrock Liquidity Fds Treasury Trust Fd Portfolio Fd | | | | | Sold (part) | 09/28/11 | L | | |
| 271. -Blackrock Liquidity Fds Treasury Trust Fd Portfolio Fd | | | | | Buy (add'l) | 10/12/11 | M | | |
| 272. -Blackrock Liquidity Fds Treasury Trust Fd Portfolio Fd | | | | | Sold (part) | 11/14/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Majzoub, Mona K. | 11/30/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. -PNC MM Fd Fd        Class A | | | | | Buy | 08/17/11 | P1 | | |
| 274. -PNC MM Fd Fd        Class A | | | | | Sold (part) | 08/19/11 | K | | |
| 275. -PNC MM Fd Fd        Class A | | | | | Sold (part) | 08/25/11 | K | | |
| 276. -PNC MM Fd Fd        Class A | | | | | Sold | 09/08/11 | P1 | | |
| 277. -PNC Advantage Institutional MM | | | | | Buy | 07/29/11 | P1 | | |
| 278. -PNC Advantage Institutional MM | | | | | Sold (part) | 08/31/11 | P1 | | |
| 279. -PNC Advantage Institutional MM | | | | | Buy (add'l) | 09/30/11 | J | | |
| 280. -PNC Advantage Institutional MM | | | | | Sold (part) | 10/31/11 | J | | |
| 281. -PNC Advantage Institutional MM | | | | | Buy (add'l) | 11/30/11 | J | | |
| 282. -PNC Advantage Institutional MM | | | | | Sold (part) | 12/30/11 | J | | |
| 283. -John Deere Capital Corp Ser Mtn Notes | | | | | Buy | 08/25/11 | K | | |
| 284. -Walt Disney Company/The Sr Unsec | | | | | Buy | 08/19/11 | K | | |
| 285. -IBM Corp Sr Unsec | | | | | Buy | 08/12/11 | L | | |
| 286. -Occidental Petroleum Cor Sr Unsec | | | | | Buy | 10/12/11 | K | | |
| 287. -Procter & Gamble Co/The Sr Unsec | | | | | Buy | 08/12/11 | K | | |
| 288. -Toyota Motor Credit Corp Ser Mtn Sr Unsec | | | | | Buy | 09/27/11 | K | | |
| 289. -Dakota Cnty Minn Cmnty Dev Agy Gvrnmntl Hsg 4.375% 1/1/11 | | | | | Redeemed | 01/03/11 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Majzoub, Mona K. | 11/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. Trust #4 - Checking (Brokerage 5), formerly Tr 4 - Chk Brk 4 | A | Interest | K | T | | | | | |
| 291. Trust #4 - CD (Broker 4) | A | Interest | | | Merged (with line 1) | 03/20/11 | N | | |
| 292. Trust #3 - Checking (Brokerage 5), formerly Tr 5 - Chk Brk 4 | A | Interest | K | T | | | | | |
| 293. Trust #3 - Savings #1 (Brokerage 5), formerly Tr5 Sav1 Brk4 | D | Interest | P1 | T | | | | | |
| 294. -Blackrock Liquidity Fds Treasury Tr Fd Portfolio Fd (X) | | | | | Buy | 09/09/11 | N | | |
| 295. -Blackrock Liquidity Fds Treasury Tr Fd Portfolio Fd (X) | | | | | Buy (add'l) | 09/16/11 | M | | |
| 296. -Blackrock Liquidity Fds Treasury Tr Fd Portfolio Fd (X) | | | | | Sold (part) | 11/15/11 | J | | |
| 297. -Blackrock Liquidity Fds Treasury Tr Fd Portfolio Fd (X) | | | | | Buy (add'l) | 11/22/11 | L | | |
| 298. -PNC MM Fd Fd Class A (X) | | | | | Buy | 07/11/11 | K | | |
| 299. -PNC MM Fd Fd Class A (X) | | | | | Sold | 09/08/11 | K | | |
| 300. -PNC Advantage Institutional MM (X) | | | | | Buy | 07/29/11 | L | | |
| 301. -PNC Advantage Institutional MM (X) | | | | | Buy (add'l) | 08/31/11 | M | | |
| 302. -PNC Advantage Institutional MM (X) | | | | | Sold (part) | 09/30/11 | M | | |
| 303. -PNC Advantage Institutional MM (X) | | | | | Sold (part) | 10/31/11 | J | | |
| 304. -PNC Advantage Institutional MM (X) | | | | | Buy (add'l) | 11/30/11 | K | | |
| 305. -PNC Advantage Institutional MM (X) | | | | | Sold (part) | 12/30/11 | J | | |
| 306. -Biovail Corp (X) | | | | | Closed | 04/19/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Majzoub, Mona K. | 11/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. --Dreyfus Emerging Markets Debt Local Currency Fd Class I (X) | | | | | Buy | 01/03/11 | K | | |
| 308. --Dreyfus Emerging Markets Debt Local Currency Fd Class I (X) | | | | | Sold | 08/12/11 | K | E | |
| 309. --Eaton Vance Floating Rate Fd Class I Fd (X) | | | | | Sold | 08/12/11 | K | A | |
| 310. --IBM Corp Sr Unsec (X) | | | | | Buy | 08/12/11 | K | | |
| 311. --IBM Corp Sr Unsec (X) | | | | | Sold | 09/08/11 | K | A | |
| 312. --John Deere Capital Corp Ser Mtn Notes (X) | | | | | Buy | 08/25/11 | K | | |
| 313. --Procter & Gamble Co/The Sr Unsec (X) | | | | | Buy | 08/12/11 | K | | |
| 314. --Walt Disney Company/The Sr Unsec (X) | | | | | Buy | 08/19/11 | K | | |
| 315. --Walt Disney Company/The Sr Unsec (X) | | | | | Sold | 09/08/11 | K | A | |
| 316. --US Treas 5.125% 06/30/11 (X) | | | | | Redeemed | 06/30/11 | K | | |
| 317. --USA Treasury Note 04.875% Due 07/31/2011 (X) | | | | | Matured | 07/31/11 | L | | |
| 318. --US Treasury Notes 04.500% Due 11/30/11 (X) | | | | | Matured | 11/30/11 | K | | |
| 319. --USA Treasury Notes 04.750% Due 01/31/2012 (X) | | | | | | | | | |
| 320. --USA Treasury Notes 04.500% Due 04/30/2012 (X) | | | | | | | | | |
| 321. --USA Treasury Notes 03.375% Due 07/31/2013 (X) | | | | | | | | | |
| 322. --USA Treasury Notes 03.125% Due 08/31/2013 (X) | | | | | | | | | |
| 323. --USA Treasury Notes 01.375% Due 10/15/2012 (X) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Majzoub, Mona K. | 11/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. -USA Treasury Notes 01.375% Due 02/15/2013 (X) | | | | | | | | | |
| 325. -Federal Home Loan Bank Bds 04.875% Due 11/18/2011 (X) | | | | | Matured | 11/18/11 | L | | |
| 326. -Federal Home Loan Mtg Corp Notes 04.500% Due 01/15/2014 (X) | | | | | Buy | 05/13/11 | J | | |
| 327. -FNMA 5.125% 04/15/11 (X) | | | | | Redeemed | 04/15/11 | K | | |
| 328. -FNMA 6% 05/15/11 (X) | | | | | Redeemed | 05/16/11 | K | | |
| 329. -Federal Natl Mtg Assn Nts 04.125% Due 04/15/2014 (X) | | | | | Buy | 04/15/11 | K | | |
| 330. -Federal Home Loan Mtg Corp Notes 04.125% Due 09/27/2013 (X) | | | | | | | | | |
| 331. -Federal Natl Mtg Assn Notes 04.750% Due 11/19/2012 (X) | | | | | | | | | |
| 332. -Federal Natl Mtg Assn Notes 01.750% Due 05/07/2013 (X) | | | | | | | | | |
| 333. -Federal Natl Mtg Assn Notes 03.625% Due 02/12/2013 (X) | | | | | | | | | |
| 334. -Ishares Barclays Tr U S TIP (TIP) ETF (X) | | | | | | | | | |
| 335. -JPMorgan International Currency Income Fd (X) | | | | | Buy | 01/03/11 | J | | |
| 336. -JPMorgan International Currency Income Fd (X) | | | | | Sold | 08/12/11 | K | E | |
| 337. -JPMorgan Strategic Income Opportunities Fd Sel (X) | | | | | Sold | 08/12/11 | K | E | |
| 338. -JPMorgan High Yield Fd Select (X) | | | | | Sold | 08/12/11 | K | E | |
| 339. -JPMorgan Short Duration Bd Fd SL (X) | | | | | Buy | 01/20/11 | J | | |
| 340. -JPMorgan Short Duration Bd Fd SL (X) | | | | | Sold | 08/12/11 | J | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Majzoub, Mona K. | 11/30/2012 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. -PNC Limited Maturity Bd Fd Class I Fund (X) | | | | | Buy | 08/12/11 | L | | |
| 342. -Western Asset Intmd Bnd-In (X) | | | | | Buy | 08/12/11 | K | | |
| 343. Trust #5 - Savings #2 (Brokerage 4) | A | Interest | | | Merged (with line 20) | 09/02/11 | M | | |
| 344. | | | | | | | | | |
| 345. | | | | | | | | | |
| 346. | | | | | | | | | |
| 347. | | | | | | | | | |
| 348. | | | | | | | | | |
| 349. | | | | | | | | | |
| 350. | | | | | | | | | |
| 351. | | | | | | | | | |
| 352. | | | | | | | | | |
| 353. | | | | | | | | | |
| 354. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Majzoub, Mona K. | 11/30/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 215 - Trust #6 - Checking (Brokerage 5) - All cash.
Line 216 - Trust #6 - Savings (Brokerage 4) - All cash merged with Line 218 - Trust #2 (Brokerage 5).
Line 217 - Trust #6 - CD (Brokerage 4) - All cash merged with Line 241 - IRA #2 (Brokerage 5).
Line 290 - Trust #4 - Checking (Brokerage 5) - All cash.
Line 291 - Trust #4 - CD (Brokerage 4) - All cash merged with Line 1 - IRA #1 (Brokerage 5).
Line 292 - Trust #3 Checking (Brokerage 5) - All cash.
Line 343 - Trust #5 - Savings #2 (Brokerage 4) - All cash merged with Line 20 - Trust #1 (Brokerage 5).

The following is my response to the Letter of Inquiry in regards to various assets not being reported last year and now appearing this year in the account beginning on line 293:

1. In 2011 (2010 Report), the account in question (beginning on line 293) was inadvertenely listed as      account, when in fact it was in      name. At the time,   was not listed as a Trustee on the statement, so it may not have even needed to be listed at all. In 2011, the account transferred to another brokerage firm where   was listed as the Trustee. I have corrected all of this by listing the account as      and inserting "(X)"'s at the end of each asset denoting that they have been added this year when they should have been there last year as well. The directions on page 39 actually says that a "Y" needs to be inserted here when assets are inadvertently omitted, but when I perform the audit, each line is listed in it! The explanation for using the "X" is close, so I chose that.

2. I was told when I called earlier in the year to use a "Y". When that did not work out, I left it blank. Since reviewing the Letter of Inquiry, an "X" must be correct!

3. As I said in #1, this account transferred from one brokerage to another in 2011 as well as many others. As I was investigating into the problems listed in this Inquiry, I discovered that I did not have any statements for this account from the previous brokerage firm. I contacted them and they gave me those missing months. Therefore I have also added all of the transactons found there and added the "(X)'s again at the end of the Descriptions of Assets.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Mona K. Majzoub**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544